[No. 19813–1–I.   Division One.   January 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH RAY SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–03223–8, Mary Wicks Brucker, J., entered December 12, 1986. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Winsor, J., and Williams, J. Pro Tem.

[Nos. 20918–3–I; 20968–0–I.   Division One.   January 17, 1989.]

LORELEI P. STEVENS, *Appellant,* v. SECURITY PACIFIC MORTGAGE CORPORATION, ET AL, *Respondents.*

LORELEI P. STEVENS, *Appellant,* v. SECURITY PACIFIC MORTGAGE CORPORATION, *Respondent,* ADVANCE MORTGAGE CORPORATION, *Appellant.*[†]

Appeals from a judgment of the Superior Court for King County, No. 84–2–11898–9, Gary M. Little, J., entered August 12, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, J., and Williams, J. Pro Tem. Now published at 53 Wn. App. 507.